UNITED STATES of America, Plaintiff–Appellee,

v.

Julius F. ROCKER, a.k.a. Rock, Defendant–Appellant.

No. 04–16323.
Non–Argument Calendar
D.C. Docket No. 98–08135–CR–DTKH.

United States Court of Appeals, Eleventh Circuit.

June 2, 2005.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff-Appellee.

Robert E. Adler, Asst. Federal Public Defender, West Palm Beach, FL, Kathleen M. Williams, Miami, FL, for Defendant-Appellant.

Before CARNES, MARCUS and COX, Circuit Judges.

PER CURIAM.

Robert E. Adler, appointed counsel for Julius F. Rocker in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent re-

---

view of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Rocker's conviction and sentence are **AFFIRMED.**